IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02637-RPM-KMT

DEBRA KIMMEL,

         Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited partnership,

         Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: January 13th, 2009

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior Judge